# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| RUBEN W. KINDER JR., <br><br> Plaintiff, <br><br> v. <br><br> STATE OF COLORADO et al., <br><br> Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER** <br><br><br> Case No. 2:17-CV-1007-TS <br><br> District Judge Ted Stewart |

In an Order dated January 23, 2018, the Court required Plaintiff to within thirty days pay an initial partial filing fee of $10.17 and submit a consent to have the remaining fee collected in increments from Plaintiff's inmate account. To date, Plaintiff has done neither.

IT IS THEREFORE ORDERED that, because Plaintiff has failed to comply with the Court's order and has failed to prosecute this case, *see* DUCivR 41-2, Plaintiff's complaint is DISMISSED without prejudice. This action is CLOSED.

Dated April 11, 2018.

BY THE COURT:

JUDGE TED STEWART
United States District Court